# BK Attorney Services, LLC

BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Jul 18, 2011     TIME RECEIVED: 01:18PM     TOTAL SERVED: 53

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE:    Efrain Vazquez                              CASE NO: 6:11-bk-10172
          Madelin Vazquez

                                                                   CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:    Sonia Colon
ADDRESS                  P.O. Box 621597
                            Orlando, FL 32862-1597
PHONE                    407-574-8272

On Tuesday, July 19, 2011, a copy of the following documents, described below,

**Chapter 13 Plan**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: July 19, 2011

                                                 /s/ **Kathryn Jump**
                                                 Kathryn Jump
                                                 BK Attorney Services, LLC
                                                 An Authorized Notice Provider for
                                                 the United States Bankruptcy Courts

*Certificate of Service*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-10172-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Jul 18 16:17:44 EDT 2011 | Discover Bank DB Servicing Corporation<br>PO Box 3025<br>New Albany, oh 43054-3025 | JPMorgan Chase Bank, National Association<br>Law Offices Of Daniel C Consuegra<br>Steve D. Tran<br>9204 King Palm Dr<br>Tampa, Fl 33619-1328 |
| ~~United States Bankruptcy Court~~<br>~~135 West Central Boulevard Suite 950~~<br>~~Orlando, FL 32801-2443~~ | ADT SECURITY SERVICES<br>PO BOX 650485<br>DALLAS, TX 75265-0485 | Acs/college Loan Corpo<br>501 Bleecker St<br>Utica, NY 13501-2401 |
| Bank Of America<br>275 S Valencia<br>Brea, CA 92823-6340 | Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 | CAPITAL ONE BANK (USA) NA<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 |
| CAR MAX AUTO FINANCE<br>PO BOX 440609<br>KENNESAW, GA 30160-9511 | (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 |
| CHASE<br>PO BOX 24696<br>COLUMBUS, OH 43224-0696 | Cap One Na<br>P.o.box 26030<br>Richmond, VA 23260-6030 | Chase<br>9601 Mcallister Freeway<br>San Antonio, TX 78216-4681 |
| Chase Manhattan Mtge<br>Po Box 24696<br>Columbus, OH 43224-0696 | Citibankna<br>1000 Technology Dr<br>O Fallon, MO 63368-2239 | Citibankna<br>Po Box 769006<br>San Antonio, TX 78245-9006 |
| DISCOVER FINANCE SERVICES<br>PO BOX 8003<br>HILLIARD, OH 43026-8003 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| GE MONEY BANK / JCPENNEY<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | GE MONEY BANK / ROOMS TO GO<br>PO BOX 981439<br>EL PASO, TX 79998-1439 | Gemb/care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gemb/egia<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/gap<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/jcp<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Gemb/old Navy<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gemb/oldnavydc<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 |

| | | |
|---|---|---|
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc/ms<br>Po Box 3425<br>Buffalo, NY 14240-3425 |
| Hsbc/rhode<br>Pob 15521<br>Wilmington, DE 19850-5521 | Hsbc/seamn<br>Pob 15521<br>Wilmington, DE 19850-5521 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| KOHL'S / CAPONE<br>N56 W 17000 RIDGEWOOD DRIVE<br>MENOMONEE FALLS, WI 53051-7096 | Mandee<br>401 Hackensack Ave<br>Hackensack, NJ 07601-6411 | New York Life Insurance Company<br>Post Office Box 6916<br>Cleveland, Ohio 44101-1916 |
| Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Regions Bank<br>Po Box 11007<br>Birmingham, AL 35288-0001 | Sears/cbsd<br>8725 W. Sahara Ave<br>The Lakes, NV 89163-0001 |
| TD RETAIL CARD SERVICES / ROOMS TO GO<br>1000 MACARTHUR BLVD<br>MAHWAH, NJ 07430-2035 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Co<br>1000 Bridgeport Ave # 4t<br>Shelton, CT 06484-4660 |
| United Consumer Finl S<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Visa Dsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br>DES MOINES, IA 50306-0335 | Wfnnb/american Signatu<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Wfnnb/ny And C<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 |
| Efrain Vazquez<br>1008 Willow Branch Drive<br>Orlando, FL 32828-7465 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Madelin Vazquez<br>1008 Willow Branch Drive<br>Orlando, FL 32828-7465 |
| Sonia Colon<br>Sonia Colon Law Offices PA<br>PO Box 621597<br>Orlando, FL 32862-1597 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE<br>PO BOX 1093<br>NORTHRIDGE, CA  91328 | HSBC / BEST BUY<br>PO BOX 15519<br>WILMINGTON, DE  19850 | (d)Hsbc/bstby<br>Po Box 15519<br>Wilmington, DE  19850 |
| TOYOTA FINANCIAL SERVICES<br>PO BOX 8026<br>CEDAR RAPIDS, IA  06484 | Us Bank<br>Po Box 5227<br>Cincinnati, OH  45201 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Chase<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | (d)Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH  43054-3025 | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     2<br>Total                  56 |